**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.  0:16-cv-61984**

SIMPLY 180 INC.,
a Florida corporation,

        Plaintiff,

v.

STELLAR HOMES GROUP LLC,
STELLAR HOMES REALTY, LLC,
LARRY BAUM and STEPHEN PETRUCCI,

        Defendants.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff, SIMPLY 180 INC., a Florida corporation, by and through undersigned counsel,

brings this Complaint against Defendants, STELLAR HOMES GROUP LLC, STELLAR

HOMES REALTY, LLC, LARRY BAUM and STEPHEN PETRUCCI, for damages and

injunctive relief, and in support thereof states as follows:

**PARTIES, JURISDICTION AND VENUE**

1.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

2.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331 and 1338(a).

3.      Defendants are subject to personal jurisdiction in Florida.

4.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a)

because the events giving rise to the claims occurred in this district, Defendants engaged in

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

5.	Plaintiff SIMPLY 180 INC. ("Simply 180") is a Florida corporation based in Boca Raton, Florida.  Simply 180 is an integrated marketing firm committed to building brands and businesses through simple, fresh strategies, stories and experiences. Simply 180 provides a range of services including brand identity & development; marketing strategy; website design, development & implementation; search engine optimization (SEO); search engine marketing; online display & mobile advertising; social media marketing; email marketing; printed brochures, ads and other forms of collateral; campaign tracking, optimization & reporting; direct response & lead generation; and customer relationship management.

6.	STELLAR HOMES GROUP LLC ("Stellar") is a Florida limited liability company with its principal place of business at 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309. The company may be served by serving registered agent Larry Baum at at 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309.

7.	STELLAR HOMES REALTY, LLC ("SHRLLC") is a Florida limited liability company with its principal place of business at 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309. The company may be served by serving registered agent Larry Baum at at 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309. SHRLLC is a real estate corporation registered with the Florida Department of Business and Professional Regulation as Real Estate Corporation Lic. No. CQ1036277.

8.	LARRY BAUM is an individual licensed by the Florida Department of Business and Professional Regulation as Real Estate Sales Broker, License BK640154, with his address listed as 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

9.      STEPHEN PETRUCCI is a Florida licensed Real Estate Sales Associate, Lic. No. SL3164376, with his address listed as 2700 W. Cypress Creek Rd., Suite D118, Ft. Lauderdale, FL 33309.

10.     The real estate licenses held by Baum and Petrucci are associated with SHRLLC and Baum and Petrucci are employed or otherwise affiliated with SHRLLC.

**THE COPYRIGHTED WORKS AT ISSUE**

11.     On January 20, 2015, Stellar and Simply 180 entered into a written agreement for Simply 180 to create, develop, design, produce and implement a website for Stellar, including associated branding and collateral material.

12.     Thereafter, Simply 180 created a website for Stellar entitled "Stellar Homes Group" that included original creative authorship of Simply 180 consisting of, *inter alia*, logos, photographs, animations, copy, and related creative material.

13.     Simply 180 registered the "Stellar Homes Group" website and associated creative material (hereinafter the "Work") with the Register of Copyrights prior to the filing of this action by filing a complete application, deposit material, and paying the required fee to the Register of Copyrights. Upon receipt of the Certificate of Registration, Simply 180 will file the certificate with the Court.

14.     At all relevant times, Simply 180 was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

15.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied, displayed and distributed the Work on the internet at

3

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

http://stellarhomesgroup.com/ and elsewhere, and created derivative works of the Work, without the permission of Simply 180.

16.     Defendants made further copies and distributed the Work on the internet to promote the sale of real estate as part of their professional real estate businesses without license or permission of Simply 180.

17.     Defendants copied and distributed Simply 180's Work for purposes of advertising and promoting Defendants' professional real estate businesses, and in the course and scope of rendering professional real estate services as associates and brokers.

18.     Simply 180's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

19.     Simply 180 never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case, or create derivative works of the Work, without paying Simply 180 for a license for the Work, which Defendants have failed and refused to pay.

20.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

**COUNT I**
**COPYRIGHT INFRINGEMENT**
**AGAINST ALL DEFENDANTS**

21.     Plaintiff incorporates the allegations of paragraphs 1 through 20 of this complaint as if fully set forth herein.

22.     Simply 180 owns a valid copyright in the Work at issue in this case.

23.     Simply 180 registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

4

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

24.     Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Simply 180's authorization in violation of 17 U.S.C. § 501.

25.     Defendants performed the acts alleged in the course and scope of their licensed real estate sales activities performed for Stellar and SHRLLC.

26.     Simply 180 has been damaged.

27.     The harm caused to Simply 180 has been irreparable.

### COUNT II
### COPYRIGHT INFRINGEMENT
### AGAINST STELLAR AND SHRLLC

28.     Plaintiff incorporates the allegations of paragraphs 1 through 20 of this complaint as if fully set forth herein.

29.     Simply 180 owns a valid copyright in the Work at issue in this case.

30.     Simply 180 registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31.     Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Simply 180's authorization in violation of 17 U.S.C. § 501.

32.     Stellar and SHRLLC profited from the direct infringement of the exclusive rights of Simply 180 in the Work at issue in this case under the Copyright Act while declining to exercise a right to stop it.

33.     Simply 180 has been damaged.

34.     The harm caused to Simply 180 has been irreparable.

WHEREFORE, the Plaintiff Simply 180 prays for judgment against the Defendants that:

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

a.      Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501;

b.      Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504.

c.      Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 17, 2016                           Respectfully submitted,


_/s/ Joel B. Rothman_____
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number:  26975
jerold.schneider@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Simply 180 Inc.*

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431